UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE SKINNER,<br><br>         Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>         Defendant. | Case No.: 21-CV-554 JLS (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>(ECF No. 12) |

  Presently before the Court is the Parties' Joint Motion to Dismiss with Prejudice (ECF No. 12). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE** this action in its entirety. Each Party shall bear his or its own costs and attorneys' fees. The Clerk of the Court shall close the file.

  **IT IS SO ORDERED.**

Dated: October 15, 2021

                *Janis L. Sammartino*
                Hon. Janis L. Sammartino
                United States District Judge